IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGROTIKI VIOMICHANIA GALAKTOS IPIROU DODONI A.E. (Agricultural Dairy Industry of Epirus Dodoni S.A., <br><br> Plaintiff, <br><br> vs. <br><br> FANTIS FOODS, INC., JOHN DOES 1-10 and XYZ BUSINESSES, <br><br> Defendants. | DOCUMENT ELECTRONICALLY FILED <br><br> Civil Action No. 14-cv-9179 <br><br> Hon. Lewis A. Kaplan, U.S.D.J. <br><br> NOTICE OF DEFENDANT'S MOTION TO DISMISS UNDER THE DOCTRINE OF <u>FORUM NON CONVENIENS</u> AND/OR FED. R. CIV. P. 12(B)(6) |

TO:   Marsha G. Ajhar, Esq.
      Peter G. Goodman, Esq.
      John G. McCarthy, Esq.
      Smith, Gambrell & Russell, LLP
      1301 Avenue of the Americas
      21st Floor
      New York, NY  10019

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, defendant Fantis Foods, Inc., by its attorneys, Lowenstein Sandler LLP, shall move before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street in New York, New York, for an Order dismissing the Complaint under the doctrine of <u>forum non conveniens</u> and/or Federal Rule of Civil Procedure 12(b)(6).

F1451/126
12/24/2014 34207007.1

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, defendant will rely on the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, the Declaration of Michael A. Kaplan, Esq. with accompanying exhibits, and the oral argument of counsel.

        Respectfully submitted,

        **LOWENSTEIN SANDLER LLP**
        Attorneys for Defendant
        Fantis Foods, Inc.

Dated: December 24, 2014        By: /s/ Michael A. Kaplan
        Michael A. Kaplan
        1251 Avenue of the Americas
        New York, New York  10020
        Tel.: (212) 262-6700
        Fax: (212) 262-7402
        mkaplan@lowenstein.com